IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. CR609-31 |
| | ) |
| EMMANUEL HILLS | ) |

O R D E R

The above captioned case filed in the Statesboro Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Lisa Godbey Wood for further plenary disposition.

SO ORDERED, this 13th day of September, 2017.

_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia